```
___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED
```

AUG 24 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIE ANN FRANK,

    Defendant.

NO. CR15-290 RSL

**INFORMATION**

The United States Attorney charges that:

### COUNT 1
### (Theft of Public Funds)

Beginning in or about October 2010, and continuing through about March 2015, at Mount Vernon, within the Western District of Washington and elsewhere, defendant JULIE ANN FRANK did willfully and knowingly embezzle, steal and convert to her own use money of the United States, namely, Social Security benefit payments and federal funds administered by the Washington Department of Social and Health Services, having an aggregate value of approximately Thirty Six Thousand dollars ($36,000) with

//
//
//

1 | the intent to deprive the United States of the use and benefit of that money.
2 |     All in violation of Title 18, United States Code, Section 641.
3 |
4 | DATED: August 24, 2015
5 |
6 |
7 | ANNETTE L. HAYES
   United States Attorney
8 |
9 |
10 | JAMES D. OESTERLE
   Assistant United States Attorney
11 |
12 |
13 | BENJAMIN T. DIGGS
14 | Special Assistant United States Attorney

INFORMATION/FRANK - 2